UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD, | No. 2:19-cv-0498 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| Y. ANAYA, | |
| Defendant. | |

Plaintiff, a state prisoner, has filed a request for a restraining order against a correctional officer at High Desert State Prison. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's request will be denied without prejudice to filing a complaint that complies with the Federal Rules of Civil Procedure.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a restraining order (ECF No. 1) is denied without prejudice.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff's failure to comply with

1

this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action by a prisoner.

Dated:  March 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stan0498.Nocompl