UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD<br><br>Plaintiff,<br><br>v.<br><br>Y. ANAYA,<br><br>Defendant. | No. 2:19-cv-00498-TLN-CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed March 28, 2019, plaintiff was granted thirty days to file a complaint in the instant action. The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b); and,

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 13, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stan0498.fta.docx